## JACKSON v. STATE.

No. 14388.

Court of Criminal Appeals of Texas.

May 6, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, the unlawful manufacture of intoxicating liquor; punishment, one year in the penitentiary.

This record is before us without either statement of facts or any bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.